UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JUSTIN PETRICH, § | |
|     Plaintiffs § | |
| § | |
| § | CIVIL ACTION NO. |
| vs. § | |
| § | 1:23-cv-1381 |
| § | |
| ALLSTATE FIRE AND CASUALTY § | |
| INSURANCE COMPANY, § | (JURY) |
|     Defendant § | |

**<u>DEFENDANT ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY'S NOTICE OF REMOVAL AND DEMAND FOR JURY TRIAL</u>**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant Allstate Fire and Casualty Insurance Company ("Allstate") files this Notice of Removal of Cause Number D-1-GN-23-007084, styled *Justin Petrich vs. Allstate Fire and Casualty Insurance Company*, currently pending in the 250th District Court of Travis County, Texas. Allstate removes the case to the U.S. District Court for the Western District of Texas, Austin Division. As grounds for removal, Allstate states as follows:

**I.**

**OVERVIEW**

1.1    This case involves a dispute over insurance benefits under an automobile policy of insurance issued by Allstate Fire and Casualty Insurance Company, for alleged damages to the Plaintiff allegedly caused by an accident which occurred on or about February 6, 2022 (*See* Plaintiff's Original Petition). Plaintiff commenced this action, styled *Justin Petrich vs. Allstate Fire and Casualty Insurance Company,* against Allstate by filing Plaintiff's Original Petition on October 5, 2023, under Cause Number D-1-GN-23-007084

in the 250th District Court of Travis County, Texas. According to the Plaintiff's Original Petition in that suit, the Plaintiff seeks to recover damages from Defendant of $250,000.00. Allstate was served on October 10, 2023. Therefore, this Notice of Removal is timely filed under 28 U.S.C. § 1446(b).

## II.

## DIVERSITY JURISDICTION

2.1   The District Courts of the United States have original jurisdiction over this action based on complete diversity of citizenship between the parties as contemplated by 28 U.S.C. § 1332(a). The Plaintiff is now, and was at the time the lawsuit was filed, a citizen of the State of Texas. (*See* Plaintiff's Original Petition). Defendant Allstate is now, and was at the time the action was commenced, a citizen of the State of Illinois, and is not a resident or citizen of Texas. Furthermore, Allstate's state of incorporation is Illinois, and Allstate's principal place of business is in Illinois.

2.2   There being complete diversity between the Plaintiff and Defendant Allstate, this case is properly removed to the U.S. District Court for the Western District of Texas, Austin Division.

## III.

## REMOVAL PROPER

3.1   This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1332(a)(1) as an action wholly between citizens of different states with the matter in controversy exceeding the sum or value of $75,000.00, exclusive of interest and costs.

3.2   Under 28 U.S.C. § 1441(a), the removed action is proper in this Court as the district and division embracing the place where the state court action is pending.

3.3     Defendant Allstate, the removing party, will promptly give the parties written notice of the filing of this Notice of Removal as required by 28 U.S.C. § 1446(d). Allstate will promptly file a copy of this Notice of Removal with the clerk of the 250th District Court of Travis County, Texas, where the action is currently pending, also pursuant to 28 U.S.C. § 1446(d).

## IV.

## DEMAND FOR JURY TRIAL

5.1     In accordance with Rule 38 of the Federal Rules of Civil Procedure, Defendant hereby demands a trial by jury.

## V.

## CONCLUSION

6.1     Because diversity jurisdiction exists over Plaintiff's claim as set forth in Plaintiff's Original Petition, Defendant desires and is entitled to remove the lawsuit filed in the 250th Judicial District Court, Travis County, Texas to the United States District Court for the Western District of Texas, Austin Division.

WHEREFORE, PREMISES CONSIDERED, Defendant Allstate Fire and Casualty Insurance Company, pursuant to these statutes and in conformance with the requirements set forth in 28 U.S.C. § 1446, removes Cause Number D-1-GN-23-007084, styled, *Justin Petrich vs. Allstate Fire and Casualty Insurance Company*, from the 250th District Court of Travis County, Texas to this Court on November 9, 2023, for trial and determination.

Respectfully submitted,

*/s/ John Stilwell*
JOHN W. STILWELL
TBN: 19242800

LAW OFFICE OF JOHN STILWELL, PLLC
6213 Chapel Hill, Suite B
Plano, Texas 75093
(972) 403-7400 Office
(972) 403-1100 Fax
(214) 727-4200 Cell
Email:  john@stilwelldallas.com

ATTORNEY FOR DEFENDANT
ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY

CERTIFICATE OF SERVICE

On November 9, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the Court. I hereby certify that I have served counsel of record electronically and/or by facsimile and/or by another manner authorized by the Federal Rule of Civil Procedure 5(b)(2) and by the Texas Rules of Civil Procedure.

*/s/ John Stilwell*
JOHN STILWELL