IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JUSTIN PETRICH,                         §
                                        §
        Plaintiff,                      §
                                        §
v.                                      §          1:23-CV-1381-DII
                                        §
ALLSTATE FIRE AND CASUALTY              §
INSURANCE COMPANY,                      §
                                        §
        Defendant.                      §

## ORDER

On June 28, 2024, Defendant filed an agreed motion to dismiss with prejudice stating that

the parties have resolved their dispute. (Dkt. 12). The Court construes the parties' motion as a joint

stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). "Stipulated

dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective

automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As

nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on July 1, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE